AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Victor Martinez | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    Victor Martinez                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☒ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted  Building or Grounds

18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building

40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date:        01/20/2023

Zia M. Faruqui
2023.01.20 14:22:02 -05'00'

*Issuing Officer's signature*

City and state:            Washington, D.C.            Honorable Zia M. Faruqui
*UNITED STATES MAGISTRATE JUDGE*

| **Return** |
|---|
| This warrant was received on *(date)* 1/20/2023 , and the person was arrested on *(date)* 1/24/2023 at *(city and state)* San Antonio, Texas . |

Date: 1/24/2023

*Arresting officer's signature*

Melissa Garza  Task Force Officer
*Printed name and title*

FBI